UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V | § | CASE NO: 5:06-MJ-055 |
| | § | |
| JOSHUA HEATH ZUNIGA | § | |

## ORDER FINDING PROBABLE CAUSE

The Defendant is charged by a Criminal Complaint with the offense of Enticement of a Child.

The Defendant was released on personal recognizance bond pending trial. A preliminary hearing was scheduled and held on July 10, 2006. The Court finds from the evidence presented that there is probable cause to believe that the offense charged has been committed and that the Defendant committed the offense charged in the Criminal Complaint. It is, therefore,

ORDERED that the Defendant is held to answer in the United States District Court and that his appearance is required at all proceedings set by the Court.

The Clerk will furnish a copy of this Order to each attorney of record.

DATED:     July 10, 2006.

NANCY M. KOENIG
United States Magistrate Judge