UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 5:06-CR-067 |
| | ) | |
| JOSHUA HEATH ZUNIGA | ) | |

**ORDER MODIFYING CONDITIONS OF RELEASE**

The court has determined that additional conditions should be added to the Order Setting Conditions of Release, and it is therefore ordered that the following conditions of release shall be added:

(7)(i)  The Defendant's travel shall be restricted to the State of Texas and he shall be accompanied by his mother whenever he travels.

(7)(j)  The Defendant shall avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to the individual designated as "Jane Doe" in the indictment.

All other conditions of release remain in effect.

The Clerk will furnish a copy of this Order to each attorney of record and Pretrial Services.

Dated:      July 18, 2006.

_____
NANCY M. KOENIG
United States Magistrate Judge