IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 5:06-CR-067-C |
| | ) | ECF |
| JOSHUA HEATH ZUNIGA | ) | |

### ORDER RESCHEDULING SENTENCING

The Defendant has filed an Unopposed Motion to Continue the Sentencing Date. The Court having considered the motion, is of the opinion that the same should be **GRANTED**. The sentencing is rescheduled to Thursday, May 10, 2007, at 1:15 p.m., in the United States District Court, Lubbock, Texas.

SO ORDERED.

Dated April 17, 2007.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE